UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME McDAVIS, | : |
| Petitioner | : |
| | : CIVIL ACTION NO. 3:15-0725 |
| v. | : |
| | : (Judge Mannion) |
| Warden VINCE MOONEY | : |
| Respondent | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED** without prejudice to any right Petitioner may have to reassert his instant claims in a properly filed civil rights action.

2. Petitioner's motion to proceed in forma pauperis (Doc. 4) is **DISMISSED** as moot as the filing fee was paid on April 27, 2015.

3. The Clerk of Court shall **CLOSE** this case.

4. There is no probable cause to issue a certificate of appealability.[1]

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:   May 5, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0725-01-order.wpd

---

[1] Jurists of reason would not debate the procedural or substantive disposition of the Petitioner's claims. See Slack v. McDaniel, 529 U.S. 473, 484 (2000). Therefore, no certificate of appealability will be granted. See id.